# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0275-05** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MIRIAM TORRES** | : | |

## **ORDER**

AND NOW, this 23rd day of March, 2006, upon consideration of the government's motion to dismiss (Doc. 201), to which defendant concurs, requesting that the first superseding indictment filed in the above-captioned action be dismissed (see Doc. 25), and it appearing that terms of defendant's plea agreement require that, after sentencing, the government move for the dismissal of the remaining charges set forth in the indictment (see Doc. 148 at 2), and it further appearing that defendant was sentenced by the court on March 22, 2006, it is hereby ORDERED that the motion (Doc. 201) is GRANTED.  The indictment in the above-captioned action is DISMISSED with respect to the charges against defendant Miriam Torres.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge